UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARGENTES R. ALBANO,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**CAL-WESTERN RECONVEYANCE CORPORATION, et al.,**<br><br>    Defendants. | Case No.: C-4:12-4018 KAW<br><br>**ORDER GRANTING MOTIONS TO APPEAR TELEPHONICALLY** |

On October 26, 2012, both parties filed requests to appear by telephone at the November 1, 2012, hearing on Defendants' motion to dismiss and motion to expunge lis pendens. The parties ask to be excused from personally attending the hearing in order to save themselves the expense and time of traveling.

Good cause appearing, the parties' motions to appear by telephone are granted. Counsel shall comply with Magistrate Judge Westmore's Procedures for Telephonic Appearances, available at http://cand.uscourts.gov/kaworders.

**IT IS SO ORDERED.**

DATE: October 30, 2012

_____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**