PETER J. SALMON (SBN 174386)
CUONG M. NGUYEN (SBN 248586)
ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-MAIL: etsai@piteduncan.com

Attorneys for Defendants SAXON MORTGAGE SERVICES, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION *[erroneously sued as FEDERAL HOME LOAN MORTGAGES CORPORATION]*; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BROKERS CONDUIT; SAXON MORTGAGE SERVICES, INC.; FEDERAL HOMELOAN MORTGAGES COPRORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 – 100,<br><br>Defendants. | Case No. 4:12-cv-04018-KAW<br><br>**[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON THE MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT**<br><br>Hearing<br>Date:         February 7, 2013<br>Time:         11:00 a.m.<br>Courtroom:  4, 3rd Floor<br>Judge:        Hon. Kandis A. Westmore |

Having reviewed Defendants' request to appear telephonically at the hearing on their Motions to Dismiss the Second Amended Complaint and Motion to Strike Portions of the Second Amended Complaint, and finding good cause, this Court hereby orders as follows:

Eric Tsai, counsel for Defendants, may appear telephonically at the hearing on Defendants' Motions to Dismiss and Motion to Strike Portions of the Second Amended Complaint on February 7, 2013, at 11:00 a.m. in Courtroom 4 (3rd Floor) of this Court.  Mr. Tsai shall contact Courtcall at (866) 582-6878 in advance of the hearing to schedule his telephonic appearance.

Dated: January 16, 2013

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

-1-
**ORDER ON DEFENDANTS' REQUEST TO APPEAR TELEPONICALLY AT THE HEARING ON THE MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF THE SAC**