1  PETER J. SALMON (SBN 174386)
   CUONG M. NGUYEN (SBN 248586)
2  ERIC TSAI (SBN 273056)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
   TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
   E-MAIL: etsai@piteduncan.com

6  Attorneys for Defendants SAXON MORTGAGE SERVICES, INC.; FEDERAL HOME LOAN
   MORTGAGE CORPORATION *[erroneously sued as FEDERAL HOME LOAN MORTGAGES
7  CORPORATION]*; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| ARGENTES R. ALBANO, | Case No. 4:12-cv-04018-KAW |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER ON DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON THE MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT |
| v. | |
| AMERICAN BROKERS CONDUIT; SAXON MORTGAGE SERVICES, INC.; FEDERAL HOMELOAN MORTGAGES COPRORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 – 100, | |
| Defendants. | Hearing<br>Date:       February 7, 2013<br>Time:       11:00 a.m.<br>Courtroom: 4, 3rd Floor<br>Judge:      Hon. Kandis A. Westmore |

Having reviewed Defendants' request to appear telephonically at the hearing on their Motions to Dismiss the Second Amended Complaint and Motion to Strike Portions of the Second Amended Complaint, and finding good cause, this Court hereby orders as follows:

Eric Tsai, counsel for Defendants, may appear telephonically at the hearing on Defendants' Motions to Dismiss and Motion to Strike Portions of the Second Amended Complaint on February 7, 2013, at 11:00 a.m. in Courtroom 4 (3rd Floor) of this Court.   Mr. Tsai shall contact Courtcall at (866) 582-6878 in advance of the hearing to schedule his telephonic appearance.

Dated: January 16, 2013

*/s/ Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

-1-
**ORDER ON DEFENDANTS' REQUEST TO APPEAR TELEPONICALLY AT THE HEARING ON THE MOTIONS TO DISMISS AND TO STRIKE PORTIONS OF THE SAC**