Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION; SAXON MORTGAGE SERVICES, INC.; FEDERAL HOME LOAN MORTGAGES CORPORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1-100,<br><br>    Defendants. | Case No.: 4:12-cv-04018-KAW<br><br>[~~Proposed~~] ORDER ON PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING(S) ON MOTION TO DISMISS, MOTION TO EXPUNGE LIS PENDENS, AND MOTION TO STRIKE<br><br>Date:  February 7, 2013<br>Time: 11:00 AM<br>Ctrm: 4– 3rd Floor<br>Judge: Honorable Kandis A. Westmore |

    WHEREAS, Megan Dailey, counsel for Plaintiff, requests leave to appear telephonically at DEFENDANTS' MOTION TO DISMISS, MOTION TO EXPUNGE LIS PENDENS, AND MOTION TO STRIKE set for February 7, 2013, at 11:00 am in Courtroom 4 of the above-entitled Court.

1  WHEREAS, Grounds for the request are as follows:

2  1. Plaintiffs' counsel is located in Pleasant Hill, California, one hour from the Court; and

3  2. An appearance by telephone will save considerable legal fees and costs.

4

5  IT IS HEREBY ORDERED, Plaintiffs' request to appear by telephone is granted.

6

7

8  Dated: January 17, 2013

9  _____
   Hon. Mag. Judge Kandis A Westmore