UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARGENTES R. ALBANO,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**CAL-WESTERN RECONVEYANCE CORPORATION, et al.,**<br><br>    Defendants. | Case No.: 4:12-cv-4018 KAW<br><br>**ORDER VACATING HEARING** |

Defendants' December 24, 2012 motions to dismiss and December 31, 2012 motion to strike are suitable for decision without oral argument. *See* Civil Local Rule 7-1(b). Accordingly, the hearing on these motions set for February 7, 2013 is vacated. The Court will issue an order on the motions.

**DATE: February 4, 2013**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**