**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, et al.,<br><br>　　　Defendants. | Case No.: 4:12-cv-4018 KAW<br><br>ORDER |

On February 28, 2013, the Court ordered Plaintiff to show cause, by March 14, 2013, why Defendant American Brokers Conduit should not be dismissed. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice"). Plaintiff did not do so.

It is hereby ORDERED that the action against Defendant American Brokers Conduit is dismissed without prejudice.

DATE: March 18, 2013

　　　　　　　　　　　　　　　　　　　　_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE