UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARGENTES R. ALBANO,

     Plaintiff,

    vs.

CAL-WESTERN RECONVEYANCE
CORPORATION, et al.,

     Defendants.

Case No.: 4:12-cv-4018 KAW

ORDER

On February 28, 2013, the Court ordered Plaintiff to show cause, by March 14, 2013, why Defendant American Brokers Conduit should not be dismissed.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice").  Plaintiff did not do so.

It is hereby ORDERED that the action against Defendant American Brokers Conduit is dismissed without prejudice.

DATE:  March 18, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE