PETER J. SALMON (SBN 174386)
CUONG M. NGUYEN (SBN 248586)
ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-MAIL: etsai@piteduncan.com

Attorneys for Defendants SAXON MORTGAGE SERVICES, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION *[erroneously sued as FEDERAL HOME LOAN MORTGAGES CORPORATION]*; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.; FEDERAL HOMELOAN MORTGAGES COPRORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 – 100,<br><br>Defendants. | Case No. 4:12-cv-04018-KAW<br><br>**[~~PROPOSED~~] ORDER ON THE PARTIES' STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Based upon the stipulation between Plaintiff Argentes R. Albano and Defendants Saxon Mortgage Services, Inc., Federal Home Loan Mortgage Corporation, and Mortgage Electronic Registration Systems, Inc., and good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
**ORDER ON THE PARTIES' REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

1     **IT IS HEREBY ORDERED** that the Case Management Conference set for April 16,
2 2013, at 1:30 p.m. in Courtroom 4, shall be:
3     ☒ vacated and a new Case Management Conference date will be set by the Court at a later
4 date. Defense counsel's request to appear telephonically is denied as moot. See Dkt #59.
5     ☐ continued to _____, 2013, at _____ a.m./p.m. in
6 Courtroom 4.
7     **IT IS SO ORDERED.**

10 Dated: April 5, 2013                 _[signature]_
11                                             HON. KANDIS A. WESTMORE
                                               UNITED STATES MAGISTRATE JUDGE