1  PETER J. SALMON (SBN 174386)
   CUONG M. NGUYEN (SBN 248586)
2  ERIC TSAI (SBN 273056)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
   TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
   E-MAIL: etsai@piteduncan.com

6  Attorneys for Defendants SAXON MORTGAGE SERVICES, INC.; FEDERAL HOME LOAN
   MORTGAGE CORPORATION *[erroneously sued as FEDERAL HOME LOAN MORTGAGES
7  CORPORATION]*; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

| ARGENTES R. ALBANO, | Case No. 4:12-cv-04018-KAW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER ON THE PARTIES' STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAXON MORTGAGE SERVICES, INC.; FEDERAL HOMELOAN MORTGAGES COPRORATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., DOES 1 – 100, | |
| Defendants. | |

Based upon the stipulation between Plaintiff Argentes R. Albano and Defendants Saxon Mortgage Services, Inc., Federal Home Loan Mortgage Corporation, and Mortgage Electronic Registration Systems, Inc., and good cause appearing,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-
**ORDER ON THE PARTIES' REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

1  **IT IS HEREBY ORDERED** that the Case Management Conference set for April 16,
2  2013, at 1:30 p.m. in Courtroom 4, shall be:

3  ☒ vacated and a new Case Management Conference date will be set by the Court at a later
4  date. Defense counsel's request to appear telephonically is denied as moot. See Dkt #59.

5  ☐ continued to _____, 2013, at _____ a.m./p.m. in
6  Courtroom 4.

7  **IT IS SO ORDERED.**

10  Dated: April 5, 2013

   *Kandis Westmore*
   HON. KANDIS A. WESTMORE
   UNITED STATES MAGISTRATE JUDGE

-2-
**ORDER ON THE PARTIES' REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE**