UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-4018 KAW<br><br>ORDER |

On July 8, 2013, the parties stipulated that Defendants could file their responsive pleading to Plaintiff's third amended complaint on or before August 7, 2013. Defendants have not done so.

It is hereby ORDERED that Defendants shall show cause, within 14 days of the date of this order, why they should not be sanctioned or have a default entered against them. Within the same amount of time, Defendants shall either file their responsive pleading or seek an extension of time to do so.

DATE: August 12, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE