# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: 4:12-cv-4018-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On July 8, 2013, the parties stipulated that Defendants could file their responsive pleading to Plaintiff's third amended complaint on or before August 7, 2013. (Dkt. No. 63). On August 12, 2013, this Court ordered the Defendants to show cause why they should not be sanctioned or have a default entered against them for failure to file their responsive pleading as set forth in the stipulation. (Dkt. No. 64). Defendants timely filed a response to the order to show cause. (Dkt. No. 65). Having reviewed the Defendants' response, the Court's order to show cause is hereby discharged.

IT IS SO ORDERED.

DATE: August 27, 2013

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　United States Magistrate Judge