**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARGENTES R. ALBANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-4018-KAW<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

    The parties in the above-captioned matter stipulated to a dismissal of this case with prejudice as to all defendants. (Dkt. No. 67.) Pursuant to that stipulation, the court hereby dismisses this case with prejudice as to all defendants.

    IT IS SO ORDERED.

DATE: September 25, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge